UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAVOIA NYC, INC.,

                Plaintiff,

   - against -

JOHN JOSEPH MCGOWAN,

                Defendant.

22-cv-4719 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On June 20, 2022, the plaintiff filed an affidavit of service indicating that the defendant's answer was due by July 5, 2022. ECF No. 9. The defendant has not filed an answer. The time for the defendant to answer is extended to July 22, 2022. If the defendant fails to answer by that date, the plaintiff may seek a default judgment as to the defendant.

SO ORDERED.

Dated:    New York, New York
          July 8, 2022

                                      John G. Koeltl
                                  United States District Judge