UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAVOIA NYC, INC.,

        Plaintiff,

- against -

JOHN JOSEPH MCGOWAN,

        Defendant.

22-cv-4719 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to move by order to show cause for a default judgment is extended to October 3, 2022. If the plaintiff fails to seek a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute. The conference scheduled for September 12, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
            September 7, 2022

                                           John G. Koeltl
                                   United States District Judge